**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————

**No. 99-7717**

————

UNITED STATES OF AMERICA,

                                Plaintiff - Appellee,

     versus

EDWARD JAMES WATSON,

                                Defendant - Appellant.

————

Appeal from the United States District Court for the Middle District of North Carolina, at Rockingham. William L. Osteen, District Judge. (CR-95-307, CA-98-973-1)

————

Submitted: April 13, 2000          Decided: April 20, 2000

————

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

————

Dismissed by unpublished per curiam opinion.

————

Edward James Watson, Appellant Pro Se. Michael Francis Joseph, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward James Watson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Watson, Nos. CR-95-307; CA-98-973-1 (M.D.N.C. Nov. 12, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on November 8, 1999, the district court's records show that it was entered on the docket sheet on November 12, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).